IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:13-mj-317-DSC |
|---|---|
| v. | ) **ORDER TO DISMISS THE COMPLAINT** |
| FREDERICK SAYE BASS, JR. | ) |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED**.

Signed: August 4, 2015

David S. Cayer
United States Magistrate Judge